IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF WEST VIRGINIA

**LINDA L. KITZMILLER and**
**RICHARD C. KITZMILLER,**

      **Plaintiffs,**

**v.** // CIVIL ACTION NO. 2:05CV22
                                (Judge Keeley)

**JEFFERSON SUPPLY COMPANY,**

      **Defendant.**

## ORDER SETTING SCHEDULING CONFERENCE

The parties are notified that the Court will conduct a telephone scheduling conference on **August 10, 2007,** at **9:30 a.m.** at the **Clarksburg**, **West Virginia** point of holding court. Counsel for the plaintiff, Guy R. Bucci, is directed to initiate the conference call to **(304)624-5850.** Counsel shall notify Mr. Bucci no later than 2:00 p.m. on August 9, 2007 of the number where they can be reached at the time of the conference.

It is so **ORDERED.**

The Clerk is directed to transmit copies of this Order to counsel of record.

DATED: August 7, 2007.

                                  /s/ Irene M. Keeley
                                  IRENE M. KEELEY
                                  UNITED STATES DISTRICT JUDGE